

IN THE
TENTH COURT OF APPEALS

———————————

No. 10-13-00186-CR
No. 10-13-00187-CR

ALEXANDER KOTLOV,

Appellant

v.

THE STATE OF TEXAS,

Appellee

———————————

From the 54th District Court
McLennan County, Texas
Trial Court Nos. 2012-1287-C2 and 2012-1288-C2

MEMORANDUM OPINION

Alexander Kotlov attempts to appeal his two convictions for evading detention

with a vehicle. TEX. PENAL CODE ANN. § 38.04 (West Supp. 2012). By letter dated June

20, 2013, the Clerk of this Court notified Kotlov that these appeals were subject to

dismissal because it appeared the notice of appeal for each conviction was untimely.

*See* TEX. R. APP. P. 44.3; 26.2(a)(1). The trial court's judgments were signed and entered

on November 29, 2012 and the notices of appeal were filed on June 4, 2013. By the same

letter, the Clerk warned Kotlov that, unless a response showing grounds for continuing the appeals was filed within 21 days of the date of the letter, the appeals would be dismissed. Kotlov filed a response for both appeals but his response does not provide grounds for continuing the appeals.

Accordingly, the appeals are dismissed.


                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeals dismissed
Opinion delivered and filed July 11, 2013
Do not publish
[CR25]